No. 18-3763

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Aug 17, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| TODD M. BROWN, ) | |
| ) | |
| Defendant-Appellant. ) | |

This appeal being duplicative of Case No. 18-3741, it is hereby **DISMISSED**.

ENTERED PURSUANT TO RULE 45(a)(8)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk